KEERY, Respondent, v. OSCAR DANIELS CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Patrick Keery against the Oscar Daniels Company. No opinion. Judg-

ment and order unanimously affirmed, with costs.